## Re Road in Shaler Township.

Objections to report of reviewers cannot be heard on appeal, unless they were presented below by exceptions to confirmation of the report of the reviewers.

(Decided January 4, 1886.)

Certiorari to the Quarter Sessions of Allegheny County. Affirmed.

NOTE.—Advantage may be taken of errors apparent on the face of the record in road proceedings, though no exceptions were filed in the quarter sessions. *Re* O'Hara Twp. Road, 152 Pa. 319, 25 Atl. 602; *Re* Spring-

*J. D. Shafer* and *Walter Lyon* for appellants.

*Henry Ewing* and *John G. Bryant* for appellees.

PER CURIAM:

As the appellants filed no exceptions to the confirmation of the report of the reviewers, they have no standing here. Exceptions cannot be made for the first time here, and the appellants cannot now adopt those made by other persons who are satisfied with the decision of the court below.

Judgment affirmed.